UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

David Sheldon, Jr.

   v.                                                    Case No. 25-cv-479-SE

Crystal Sheldon, et al

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated July 2, 2026 (doc. no. 10). For the reasons explained therein, the plaintiff's Motion for Default Judgment (doc. no. 9) is granted.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

_____
Samantha D. Elliott
United States District Judge

Date: August 3, 2022

cc:   James F. Laboe, Esquire
     Crystal Sheldon
     Trevor Murphy
     Isabella Murphy